## BENTON *v.* GOODALE.

One who is compelled to pay more than his share of the fees of a collector of taxes, to prevent a tax sale of his land (included with lands of other persons in an advertisement of sale), may recover the excess in *assumpsit.*

ASSUMPSIT, against a tax-collector for excessive fees paid him by the plaintiff.

*W. Heywood*, for the plaintiff.

*Ladd & Fletcher*, for the defendant.

ALLEN, J.   The defendant was entitled to one dollar and no more "for advertising" all the lands included in a single advertisement, and the plaintiff was holden to pay no more than "his just proportion" of the defendant's fees.   G. L., c. 58, s. 15; c. 59, ss. 16, 17.   The plaintiff's payment of more than his share was not voluntary.   He was compelled to pay what the defendant demanded to prevent a sale.   An action of debt for the penalty prescribed by Gen. Laws, c. 59, s. 18, was not the only remedy. *Cardigan* v. *Page*, 6 N. H. 182, 193.

*Judgment for the plaintiff.*

BINGHAM, J., did not sit : the others concurred.